**Bobby J. PRICE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104759**

Missouri Court of Appeals, Eastern District, **DIVISION FOUR.**

FILED: April 11, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied May 16, 2017

Kristina Starke Olson, St. Louis, MO, for Appellant.

Josh Hawley, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before James M. Dowd, P.J., Kurt S. Odenald, J., and Gary M. Gaertner, Jr., J.

### ORDER

PER CURIAM

Bobby Price ("Price") appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. On appeal, Price's sole point makes an argument not raised in his Rule 24.035 motion. Citing manifest injustice, however, Price requests plain-error review under Rule 84.13(c). Because we cannot conduct plain-error review on an appeal from the denial of a post-conviction motion, we cannot review Price's claim.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).